31,922-14,15

MOTION DENIED
DATE: 3-24-15
BY: P.C.

3-19-2015

Dear Clerk;

Please find the instrument enclosed for filing.

Please forward me a docket sheet and copy of all pleadings that you have on file in the enclosed Referenced styled causes.

Respectfully Requested;

James Coleman

James Coleman
SPN# 01125709   6B2
1200 Baker St,
Houston, Tex, 77002

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

Ex Parte          Cause #849859-C          COURT OF CRIMINAL
James                    849860-C            Appeals, Austin, Texas.
Edward        WR-31,922-14
Guzman        WR-31,922-15

## MOTION REQUESTING DESIGNATION OF ISSUES

Comes now, James Guzman, and respectfully moves the Court Of Criminal Appeals to ORDER persuant to Tex. Code Crim. Proc. art. 11.07, § 3(d), designate the following issues which need to be resolved;

1) Whether the Applicant was denied due process in the 1-12-15 Prerevocation Hearing by Kayobe Enigboken and Altheria Charles by failing to notify the offender James Guzman TDC#01023457 within five days of Prerevocation Hearing of which resulted in a reopening of Prerevocation Hearing on 2-24-15 of which further Prerevocation due process violations occured in the Hearing that warrants for warrant #07312014-04440654 to be illegal and must be withdrawn due to unrepairable Constitutional Rights being violated by Kayobe Enigboken And Altheria Charles against Applicant James Guzman, TDC#01023457.

2) Whether the Parole Panel has violated Applicant's James Guzman Procedure rights by violating the (Gov. Code 508.282) 56 day rule of total discharge of charges against James Guzman of which since execution of warrant on 12-29-14 and as of current and after two Prerevocation Hearings on 1-12-15 and 2-24-15, the Parole Panel has yet failed to discharge charges and warrant #07312014-04440654 must be withdrawn immediately.

3) Whether the Applicant James Guzman's time credits for Flat time, Good time, work time, and street time are enough to satisfy Mandatory Supervision Law where once your flat time, good time, work time equal your sentence then Applicant must be released to Mandatory Supervision and Warrant# 07312014-04440654 must be withdrawn once the Board of Pardons and Paroles calculates all the flat time, good time, work time, and street time, applicant James Guzman has served on TDC#01023457 ranging from 2000 til current under Prerevocation Warrants and TDC#01023452 as of 2000 til current day and year. After all calculations done Warrant# 07312014-04440654 must be withdrawn.

4) Whether the Applicant James Guzman has enough time served to satisfy by (Gov. Code 508.1555) procedures to satisfy Parole Supervision Completion (Gov. Code 508.155). Applicant states He has 15yrs flat time, 7 Good time years, 7 work time years, and 7 street time years which actually adds up to 36yrs which surpasses His 25yr sentence of which warrant# 07312014-04440654 can be rendered withdrawn and (Gov. Code 508.155) Parole Supervision Completion of Certificate rendered complete.

Ex Parte    Cause # 849859-C   Court of Criminal
James           849860-C   Appeals, Austin, Texas
Edward    WR-31,922-14
Guzman    WR-31,922-15

Wherefore premises considered the Applicant
prays that the Court Of Criminal Appeals
ORDER Designation Of Issues And ORDER
illegal WARRANT # 07312014-04440654
to be emergent withdrawn while all
issues are being ordered.
Applicant has been incarcerated since
12-29-14 on illegal WARRANT # 07312014-
04440654 and Board of Pardons and
Paroles have failed, to timely discharge
of charges And thus WARRANT needs
to be ORDERED withdrawn And a
Summons issued for any further Hearings
OR Parole Panel decisions.
I, James Guzman, TDC # 01023457 # 01125209,
6B2, 1200 Baker St, Houston, Tx, 77002, do
hereby declare under the penalty of
perjury all is true and correct.
/3-19-15    James Guzman    TDC # 01023457

ORDER
Came to be Heard Motion Requesting
Designation Of Issues And on this
_____ day of _____, 2015 it is so
ORDERED

GRANTED _____,
Denied _____

and soo ordered withdraw of
WARRANT # 07312014-04440654 be
immediately withdrawn

Judge Presiding